**HUGHES v. TOWN OF OAK ISLAND**

[357 N.C. 653 (2003)]

RONALD M. HUGHES, JEFFREY LANE CLEMMONS, CLARENCE Y. SYKES, OLIVER J. & SHIRLEY W. FOWLER, BARRY STEELE, DONNA K. ATKINS, SOUTHPORT ELECTRICAL SERVICE, INC., KEITH R. & HOLLEY G. ROGERS, DONALD B. & ANN T. STEPHENSON, JULIUS & MARTHA G. CARTERET, CARMICHAEL CONSTRUCTION CO., INC., GREGORY A. & VICKIE M. POTTER, MARVIN CARROLL & JULIE J. MARTIN, Petitioners v. TOWN OF OAK ISLAND, Respondent

No. 361A03

(Filed 5 December 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 158 N.C. App. ——, 580 S.E.2d 704 (2003), affirming a judgment entered 29 May 2001 by Judge James F. Ammons, Jr. in Superior Court, Brunswick County. Heard in the Supreme Court 18 November 2003.

*C. Wes Hodges, II, P.L.L.C., by C. Wes Hodges, II, for petitioner-appellees.*

*Roger Lee Edwards, P.A., by Roger Lee Edwards, for respondent-appellant.*

*Andrew L. Romanet, Jr., General Counsel, and Gregg F. Schwitzgebel, III, Senior Assistant General Counsel, on behalf of the North Carolina League of Municipalities, amicus curiae.*

PER CURIAM.

AFFIRMED.